BUCHALTER NEMER
A Professional Corporation
MICHAEL L. MEEKS (SBN: 172000)
LOUISE TRUONG (SBN: 293811)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: (949) 760-1121
Fax: (949) 720-0182
Email: mmeeks@buchalter.com

Attorneys for Plaintiffs and Counter-Defendants
AG GLOBAL PRODUCTS, LLC, a California limited liability company; and
FHI BRANDS, LLC, a Delaware limited liability company

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AG GLOBAL PRODUCTS, LLC, a California limited liability company; and FHI BRANDS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SALLY BEAUTY HOLDINGS, INC., a Delaware corporation; SALLY BEAUTY SUPPLY, LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants.<br><br>SALLY BEAUTY HOLDINGS, INC. and SALLY BEAUTY SUPPLY LLC,<br><br>Defendants/Counterclaimants,<br><br>vs.<br><br>AG GLOBAL PRODUCTS, LLC and FHI BRANDS, LLC,<br><br>Plaintiffs/Counterdefendants. | Case No. 2:16-cv-02364-R-JPR<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41;** |

# ORDER

Counsel for the parties having settled their claims in this matter, and the Court having considered the Agreed Motion to Dismiss All Claims, **IT IS ORDERED that:**

1. Plaintiffs' claims are dismissed with prejudice.
2. Defendants' declaratory judgment counterclaims are dismissed without prejudice.
3. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: March 9, 2017

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
IRVINE

2

ORDER RE STIPULATION OF DISMISSAL OF ALL CLAIMS AND
COUNTERCLAIMS PURSUANT TO FED. R. CIV. P. 41

BN 27989137v1BN 28113548v1